JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL KHAN, an individual, in Pro Per,<br><br>    Plaintiff,<br><br>vs.<br><br>SCHUFF STEEEL COMPANY, a California corporation; and DOES 1 through 100, inclusive<br><br>    Defendants. | CASE NO.  2:14-cv-08891-AB-MRW<br><br>JUDGMENT |

| | |
|---|---|
| 1 | |
| 2 | This action came on before the Court, in chambers, on December 4, 2015, Hon. André Birotte Jr., District Judge Presiding, on Defendant Schuff Steel Company's Motion for Summary Judgment or, in the Alternative, Motion for Partial Summary Judgement, and the evidence presented having been fully considered, the issues having been duly considered, and a decision having been duly rendered: |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | IT IS ORDERED AND ADJUDGED that the Motion for Summary Judgment is granted in its entirety and that the action be dismissed on the merits. |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | Dated: December 21, 2015 |
| 15 | Hon. André Birotte Jr. |
| 16 | Judge of United States District Court Central – California |

- 2 -

JUDGMENT
14CV08891-AB-MRW